SD03 (Rev. 9/97)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

AUG -5 AM 11: 49

Zakaria Benzaoual

:

(Enter above the full name of the plaintiff in this action)

v.                                              :          Case No. 2  1 9 C V 3 3 6 6

Ohiohealth Corp.                                :

_____                         :          COMPLAINT UNDER
                                                           42 U.S.C. 2000e-5(f)(1)

                                                           Judge Marbley

_____                                   MAGISTRATE JUDGE JOLSON

(Enter the above full name of the defendant or               :
defendants in this action)

## I.      Parties

(In item A below, place your name in the first blank and place your present address and telephone number (or telephone number where you can be reached) where indicated in the following blanks.)

A.      Name of Plaintiff  Zakaria Benzaoual

        Address  3088 Bethel Road Columbus, OH 43220

        Telephone No.  (614) 312 - 2193

Under 42 U.S.C. 2000e-5(f)(1) suit may only be "brought against the respondent named in the charge" of unlawful employment practice you filed with the Ohio Civil Rights Commission and/or the Equal Employment Opportunity Commission. ATTACH A COPY OF THE CHARGE YOU FILED WITH THE OHIO CIVIL RIGHTS COMMISSION AND/OR THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION TO THIS COMPLAINT. In item B below list the name and address of the employer against whom you filed the charge. In item C below, list the name and address of any other person(s) you named in the charge you filed with the Ohio Civil Rights Commission and/or the Equal Employment Opportunities Commission.

B.      Defendant  Ohiohealth Corp.
               (As named in the attached charge)
        Address  180 East Braod St  34th Floor

        Columbus, OH 43215

-1-

C.    Additional defendants (as named in the attached charge):

_____

_____

_____

## II.    The Court has jurisdiction under 42 U.S.C. §2000e-5(f)(1).

A.    The date the notice of right to sue was issued by the Equal Employment Opportunity commission was __05/06/2019_____.

B.    The date you received the notice of right to sue was __05/09/2019_____.

C.    ATTACH A COPY OF THE NOTICE OF RIGHT TO SUE TO THIS COMPLAINT.

## III.    Statement of Claim

The Equal Employment Opportunities Act provides, in part, that

(a)    it shall be an unlawful employment practice for an employer --

(1)    to fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin.

42 U.S.C. §2000e-2(a)(1). Other unlawful employment practices are set out in 42 U.S.C. §2000e-2(a) through (d).

State here as briefly as possible the *facts* of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.

You Honor,

I will try to briefly state the facts of my case in two paragraphs that are interrelated and interdependent.

In the first paragraph, I will state the facts that took place and proves of how I am a victim of religious,

racial and national origin discrimination at work place.

The master mind of this discrimination and retaliation is the Director of our department Colleen

Kennedy and manager Eric Endres using an associate Bill Kuhn as henchman.  Also, the role of HR

in covering up, conspiring and giving necessary support to sweep all these crimes under the rug.

In the second paragraph, I will state the facts of job opportunity discrimination against me committed

by director Colleen Kennedy in the course of more than 10 years.  And Colleen Kennedy and HR put

me through  loopholes and tried to subdue me counting on their resources and time to wear me out.

Please allow first to give a brief personal and professional biography about myself.

I am a college graduate with Bachelor degree.  I am a married man father of three beautiful children.

I joined Ohiohealth when I was 23 years old and I have had always highly performed with zero write

ups and zero absences.  (Please see attachment)

## IV.   Relief

*(State briefly exactly what you want the Court to do for you*. Make no arguments. Cite no cases or statutes.)

(Please see the attachment)

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

8/5/19

(Date)

_____
(Signature of Plaintiff)

-3-

I have been very dedicated to my job and always fulfill my role's duties to the best of my abilities. I have dealt with all sort of racism in front of me and behind closed doors, but recently, racism, prejudice and marginalization have reached unprecedented and unacceptable level that it burst on my face and I no longer can tolerate.

## I- Director and Manager Discrimination and retaliation with HR cover ups:

- 11/1/1999 joined Ohiohealth as an associate in the linen services and worked my way up to be the department supervisor and acting manager and helped during transition to new laundry facility.

- In 2009 and 2010, after more than 10 years of supervisory / management experience, I applied for management position in my department –Supply and linen Distribution- and in both time I did not get the position. Colleen Kennedy who is the director called me in both instances and said: "you were one of the best candidate, however; I picked another candidate". Here, I'd like to note that in the second interview, a recently promoted analyst from team lead position – Tommy Higgins- was sitting in interviewing me beside the director Colleen Kennedy.

- Last week of December 2017, While Colleen Kennedy was in our department manager office – Eric Endres- by herself, I talked to her with good intentions to help our department. Our department had been having a lot of performance and very serious issues and been led to chaos by the manager. In the meantime, I questioned her refusal to promote me to manager position and hiring incompetent manager with degree not in the supply chain and logistics or business field. She did not have an answer and she asked me to follow up with Eric Endres.

- 1/9/2018 at 3pm, I had a follow up with my manager Eric Endres. Eric asked that I can help and he will refer me for career advancement. I in my turn agreed to help with the condition to be compensated. Eric Endres showed some attitude and was not happy with my request to get compensated. He was having a lot of process and staffing problems, it was chaos at all levels.

- 2/28/2018, this date was the turning point, I got ambushed by an associate Bill Kuhn who worked with the distribution group. Bill Kuhn attacked my religion, my race, my nationality and my American citizenship. Since I work Sunday through Wednesday 10 hours shift, I went home and I did not report the incident because I could not fathom what had taken place. I mentioned it to our night shift phone person and left home that night very disturbed.

- Friday March 2nd 2018, I got a phone call from Eric Endres in which he was offending me and accusing me and making inappropriate statements and asking if I had witnesses. Eric Endres told me that I was suspended and should not report to work on my regular schedule day till I hear from HR.

- Monday March 5th 2018, Julie Swander called me and asked to send my side of what happened. On Tuesday, I got the call from Eric Endres asking me to report back to work on

1

Wednsday and calling me "buddy" acting like nothing had happened. During the call, I asked for a meeting upon my arrival to work. I asked for two things: a written report of the incident and the policy that was applied in this case. Eric threatened me and told me that I have to be quite and do not talk to other associates about anything. Eric did not have an answer and he handed me a post it with the name of HR personnel advise and counseling department Tim Roberts that I follow up with and he was unable to provide an answer for my request of a written report and the policy that was applied. Tim Roberts decided to escalate to his lead Jeffery McMurray when he could not answer my request.

Jeffery McMurray failed to meet with me and deliberately tried to wear me out and down play the situation. Then, I decided to escalate to his director Sonya Cook. I have all the emails communication with the HR personnel that show their game of putting me through loopholes and failure to address the issues of racism and discrimination. Sonya tried to twist the truth about Jeffery McMurray and she said the meeting was cancelled. The truth is that Jeffery McMurray completely failed to show up or even contact me until HR secretary called him to let him know that I am there for the meeting.

Then when I threaten that I will escalate to the next up in chain of command she decided to handle the case herself. She requested that I send a list of employees that were suffering from similar racism and prejudice that was going on in our department and she will investigate the whole department. I sent her a list of 12 employees that were willing to speak up about the racism practices that were taking place under Eric Endres and Colleen Kennedy. Instead of addressing the problems, HR decided to support the management and as I was putting more pressure and escalating to higher ups they orchestrated under hit. On May 15th 2018 which is the eve of Ramadan the holy month for Muslims, I was taken by security guard to an interrogation room and literally and brutally abused by the head investigator who said that they were tipped that I was going to come and shoot people in the Hospital- Riverside Methodist Hospital-. I completely and totally refuted the allegations and told him that I will have my lawyer available. I told him that I do not have a gun or any kind of weapon neither I had touched one in the past and I have no training to how to use guns. He put me under special investigation and asked me to do not call or approach Riverside Methodist Hospital till I hear from them. I obeyed to his orders to turn in the keys and badge. And I was humiliated in front of other employees and the public by been escorted by security officer - Mark Allen -to the parking lot and asked to leave the premises. I was sweating, I was troubled and there is no word that can describe how I felt. Literarily, they are trying to label me as the Ohiohealth muslim terrorist this is how I felt and still feel.

- Right after this, Sonya cook director of HR advising and counseling sent me a notice letter. I met with Sonya Cook at least two times and in the second meeting she surprised me with having the Ohiohealth lawyer joining the meeting without a prior notice.

During this period, the same associate Bill Kuhn whom I nicknamed as the hit man felt empowered, untouchable as he was backed by management, he continued to target other

2

associates and no action was taken against him. The associates' victims of his harassment were Mohamed Chibane, Youssef Mouhayar and Marvin White. There is something worth mentioning that Bill Kuhn had a history of bullying and targeting minorities under the eyes of Management and HR who both covered up every abuse and attack Bill Kuhn committed and department coordinator Tracey Stevenson is a victim of harassment and bullying.

Monday October 15th, I returned to work. They were several meeting that took place prior to my return. HR represented by Sonya Cook and Shereen Solaiman VP of HR offered me severance package which I declined. They were forced to make some changes by moving Eric Endres to another facility. Bill Kuhn was no longer with Ohiohealth because he refused to go work in another facility. Basically, Management and HR continued to cover up for Bill Kuhn and Eric Endres and did not act promptly and decisively. This shows the double standard that HR uses. If you are a white Caucasian you are protected and privileged over other groups.

Few years ago, an associate Seth Anane was fired because he had a mishap with an employee from the gift shop. It did not take HR and management long to fire him. Even though Seth Anane was just trying to bring back equipment to do his job. In the other hand, Bill Kuhn was abusing everybody on his way and yet HR and management were sweeping it all under the rug. This shows How Ohiohealth is racially bias to one group over others.

HR and Management team up and apply their policy only when it involves minorities who lack language skills or cannot defend themselves for variety of reasons. It is a calculated tactic that HR and Management use. They take advantage of their authority, attributions and resources to wear associates out by dragging the case for long time which lead associate to give up and move on. In my case, the director and the manager were able to orchestrate an attack on me using their henchman not only once but twice simply because I questioned her about why she deprived me from job opportunity. And HR instead of investigating and facing discrimination issues that our department has been facing, they chose to side the management and put me in situation where I had to fight for my job back.

## B- Supply Chain Director Job opportunity discrimination and HR support:

I was denied for the 3rd time the position of Supply and Distribution manager by director Colleen Kennedy. She failed to provide justification for her decision. At the end of the interview, I told her this time I will need to know precisely the why or whys that would disqualify me.

Monday, January 21st, 2019 Colleen Kennedy came to our department to deliver her decision that I was not her pick for the manager position. With no respect to my privacy, she talked to me in front of two other coworkers and I was busy covering another assignment for a call off. She could not give me an exact answer, all she was able to do is dancing around it.

3

Since I work 2nd shift, that same night, I sent her an email asking for a strait forward answer and I copied the VP of Supply Chain Chris Clinton. She did not have an answer, she responded that she will send answer by Friday. This means that she did not have one and she had to come up with series of lies, twists and alterations of my responses. Her answers, were all lies and in response I sent her all of the answers that I provided during the interview. It took her about one week to put series of lies and alterations as an answer.

Tuesday, January 22nd, 2019 Colleen Kennedy reached out to Mariam Asim from HR. Mariam Asim sent me an email asking to meet and we did meet. Mariam Asim recommended if she, Colleen Kennedy and I can all meet. I accepted the recommendation. Then Mariam Assim decided to open a case with Advice and Counsel Center led by Danielle Blue.

Sunday, February 24th, 2019 Director Colleen Kennedy called me and left a voice mail and emailed me requesting a meeting at Chris Clinton's office and in his presence. A meeting that I exposed all of her games and attempts to sabotage me. She tried to lure me by promising me future opportunities. In this meeting I confronted her with her racism and bias decisions against me. She did not have an answer for several of my questions and examples where her decisions were racially motivated. If you do not look like us, you won't get the position. All she was saying that she wants to give me a chance to develop. I told her: 1st: you went to HR asking for help with this matter and they opened a case to investigate. 2nd: You failed to provide a disqualifier, I have the education, the experience and I meet all of the requirements yet you opted to hire someone else outside the organization with no healthcare experience. 3rd: I lost trust in you and this is the 3rd time for me applying for management position and what would make this a different time since it has been more than 10 years when I first applied for management position. Why did not I have a fair shot like Jason Warren, Michael Kowaliw, and Randy Moore or even recently promoted to analyst position Jacob Mauger who has no experience? Why you did not decide to develop me about 10 years ago? Why this time you want to develop me? Can I trust you?

I was forced to attend three sessions of EAP –Employee Assistance Program- by Missy Walford from HR. This is the game that HR plays in coordination with management and using their resources such EAP to subdue me and oppress me. Just a remark, they forced me to go to EAP for no reason than because I raised questions about the discrimination committed by director Colleen Kennedy. Just to expose how accomplice they are, Rick Gehlbach who I was assigned to as EAP therapist did not receive the goals that he was told to process with me until the last session on 4/30. In the first two sessions, Rick Gehlbach and I were wondering and questioning the reason or reasons why it was mandatory for me to attend these sessions.

On March 11th, 2018 Mariam Asim sent me a vague answer which I responded to on Tuesday 19th asking for a strait forward answer.

4

On March 21st, I got a formal answer from Shereen Solaimane claiming that no conclusive sabotage occurred by Colleen Kennedy and trying to put me through another loophole of dealing with Director Colleen Kennedy and VP Chris Clinton rhetoric.

I'd like to share this note: Shereen Solaimane in previous meeting with her, she tried to involve religion giving example of Profit Mohamed and how forgiving he was. I had to stop her and tell her please leave religion alone.

Then, I decided to seek justice and EEOC was my next step.

I have been trying to bring all of these discrimination practices based on religion, racial and national origin to the attention of the top executives hoping that they get corrected. Unfortunately instead of condemning and correcting it, they chose to cover it up.

Examples of proof of job opportunity discriminations:

- Jason Warren and Michael Kowaliw who were my coordinators are now in supervisory role. I was left out.
- Randy Moore was a Surgery manager and left Ohiohealth and came back after two years. He was rehired in which I call staging position and then to be appointed as Distribution Center Manager. Where is equal opportunity? What happened to equal opportunity under Colleen Kennedy's watch? I was left out.
- Recently Jacob Mauger who was hired as supply Technician has been promoted to Supply Analyst in the course of 2 or 3 years. The worst is that he got the position without posting it which against organization policy. Every associate in our department knows about this story. He was given the position and was told to keep quite. And I am always left out.

These listed examples are just few of obvious proves of job opportunity discrimination that is taken place under this director and I am sure that they are more discriminatory practices that go on within this organization. For many years, I have been searching for the reason(s) why I was left out of any career advancement or job promotion and on the other hand, seeing others moving up and getting promoted. What happened on February 28th and May 15th of 2018 delivered the obvious answers of discrimination, retaliation and racism that I have been victim of for the last 20 years of service with this organization that I once considered my second family. Under director Colleen Kennedy, if you were a white Caucasian you enjoy all of the benefits even with no related education nor work experience you still get ahead and get promoted. In my case, being a Muslim, Arab and Moroccan I get punished by denying any sort of promotion or better job opportunities. I instead get punished and suspended even if I was the victim of vicious religious, racial and nationality attack like what happened to me on Feb 28th. Furthermore, Management, HR and Security almost label me Muslim shooter when I had to defend myself from baseless allegations.

5

In midst of this, my son had been asking me about my smile. He had been telling me, Daddy what had happened to your smile? My daughter also noticed that I was not going to work and she said they kicked you out daddy, are you going to be looking for another job? These are a five year old and an eight year old kids. These are just two examples that show how much toll these tragic incident have taken on me and my family. I won't forget how emotional my wife gets and how much tears we shed because of the awkward situation that they pushed me into. My wife and I had to put a contingency plan together, I transferred my saving to my wife's account just in case because I did not know what tomorrow will bring. The worst is my next day returning to work, security officers came and approached me if I was cleared and to inform me that I am still in the list- I forgot what they call the list-. This has reopened the wound that has not healed. These are some of the psychological and emotional turmoil that I have been going through since.

# IV. Relief:

Intangible compensation:

- The disclosure of written report and policy that was applied in my case.
- Ohiohealth admits its' wrong doing and formally apologize to me and post it on website.
- Ohiohealth allows its associates to organize under worker union body that can protect and act on behalf of employees when cases of discrimination or any type of issues may arise.
- Delete the 'Equal Opportunity Employer' from Ohiohealth's website.
- Create and fund anti-discrimination advocacy group that can be part of any investigation of discrimination nature.

Tangible Compensation:

- I want to be compensated for 10 years of loss of salary:
  $ 40.00 per hour  x  2080 hours per year  =  $ 83,200.00
  Total compensation for 10 years of:  $ 832,000.00
- Compensated for 20 years of lies of so called Ohiohealth Core values and professional damage:
  Compassion, Excellence, Inclusion, Integrity and Stewardship for $ 1,000,000.00 each
  Total Compensation of $ 6,000,000.00
- Psychological and emotional damage to me and my family:
  $ 1,000,000.00 per year for 20 years of service which is total of $20,000,000.00.
- Loss of insurance incentive that I missed in year 2019 because of suspension and reluctance of HR benefits to correct the situation:
  $ 120 x 26 paycheck per year  = $ 3120.00
- Tuition reimbursement that was forfeited because of suspension:
  $1200
- $400 court filing fee.

Total compensation of $ 26,836,720.00

7

# Feb 28th, 2018 case of religious hate and racial profiling.

**Benzaoual, Zakaria**

Tue 3/27/2018 4:11 PM

To:Cook, Sonya L <Sonya.Cook@ohiohealth.com>;

Cc:benzaoual2000@yahoo.com <benzaoual2000@yahoo.com>;

Hi Sonya, per our conversation on March 16th at 11:00am and what I shared with you in that phone call, I am still waiting on answers and actions. Again, I am a victim of religious intolerance and hate and racial profiling. I have seen on one hand how HR and my department management moved swiftly and firmly and suspended me and asked me to prove my innocence. On the other hand, HR is not taking any actions against the aggressor who basically attacked everything in me: my race, my nationality, my religion and my American patriotism. My attacker has a history of bullying and attacking other coworkers and always get protected. Why? I have worked for OhioHealth since Nov 1st, 1999, I have seen all kind of racism, but this one just burst on my face and to me is unforgettable and unforgivable. It is my right first to be protected by my employer and to do so I need to get the incident report and the HR policy that was applied in this case. Also, everybody should be held accountable for actions and decisions they made. I know and I shared with you that my manager tried to silence me and threatened me when I had a meeting with him on Wed 7th in an attempt to sweep this under the rugs and protect the aggressor (William Kuhn). This is not going to happen even if it will cost me my job, because honestly I feel that I am stripped of my dignity and worthiness and this even took my -known- smile away from me. I am not the only associate that feels this way, there are too many and I shared this with you in our conversation, it is the majority of RMH supply and distribution associates ressentiment.

I hope that you promptly take necessary actions to protect OhioHealth core values, diversity and "WE" and demonstrate the leadership to correct this situation.

Thank you and best regards,

Page 1 of 2

Re: Follow Up - - Benzaoual, Zakaria

# Re: Follow Up -

## Benzaoual, Zakaria

Tue 4/17/2018 6:32 PM

To:Cook, Sonya L <Sonya.Cook@ohiohealth.com>;

Cc:benzaoual2000@yahoo.com <benzaoual2000@yahoo.com>;

Madame Sonya Cook,
Before I agree to reschedule the meeting, let's first set the records straight. There are wording in your email that I do not agree with:
1- Last Wednesday meeting was not cancelled. I showed up on time and at the agreed on location -HR 550 Thomas Ln- but Mr. Jeffrey McMurray did not. After, the secretary sent him a notice that I was there, he was still at 180 E. Broad St and he simply forgot about it. He offered to do a phone conference first and I was not happy and offered to take 315 and come, but for me it was too late - I had work to report to- and it showed me that I am not being taken serious neither I am worthy and or valuable. Yes, he sent me an email explaining the reasons behind not being able to make it to the meeting, but were not convincing. However; I give credit to Mr. McMurray because he convinced me to have a meeting "to trust the process".

2- I do not have concerns as you have repeatedly been saying, I do have demands for my rights to be protected by my employer. I was attacked and abused by an associate ( William Kuhn). My religion came under attack, my nationality came under attack, my race came under attack and my patriotism came under attack, what else is left? Yet, he is still getting protected by management and now HR. Is there a reason for this double standard? Is this what OhioHealth stands for?

3- I provided the witnesses names, I provided a lot of details to Tim Roberts about my aggressor Bill Kuhn in our meeting on Friday, March 9th. Is this "limited information"? Also, and I mentioned this numerous times, I am not his first victim, Tracey Allen reported him more than one time to management and to HR and nothing has been done. There is an unacceptable behavioral consistency from the same associate: William Kuhn. Why is he getting protected? What is special about him? Racism and prejudice?

My demands are still the same as of the day I was suspended - I was suspended for 3 days by the way-:
- I need an incident report,
- I need answers why was I humiliated, defamed and threatened by my manager without a single proof? who gives him the right to do so?
- What policy was applied in this case?
- Why HR and management took actions against me swiftly and promptly and once they found out it was the other way around. They found out that my aggressor William Kuhn instigated the whole scene and deliberately tried to sabotage my employment, there was no action taken against him? why is there double standard? And I will underline again, that I am not his first victim.

7/31/2019

Fw: Seeking an answer - Benzaoual, Zakaria

# Fw: Seeking an answer

Benzaoual, Zakaria

Wed 1/30/2019 5:18 PM

To:Asim, Mariam <Mariam.Asim@ohiohealth.com>;

Cc:Cook, Sonya L <Sonya.Cook@ohiohealth.com>; Solaiman, Shereen <Shereen.Solaiman@ohiohealth.com>;
benzaoual2000@gmail.com <benzaoual2000@gmail.com>;

Hello Mariam, I just want to make sure you are in loop. Here is again my director lying about my interview answers in order to sabotage me. I have to endure this for over a decade and I no longer can. Make no mistake, I will follow Ohiohealth's proper channels to make sure all of the discrimination, prejudice and inequality of opportunity that the entire department has been suffering from under her leadership are addressed and Ohiohealth values such as inclusion, diversity, fairness, equal opportunity for all and honesty are restored.
I am copying senior leadership to make sure I am being heard. If this is out of your jurisdiction, would you kindly direct me to the appropriate person.

Thank you so much and stay warm!

**From:** Benzaoual, Zakaria
**Sent:** Tuesday, January 29, 2019 2:42 PM
**To:** benzaoual2000@gmail.com
**Subject:** Fw: Seeking an answer

**From:** Benzaoual, Zakaria
**Sent:** Tuesday, January 29, 2019 12:52 AM
**To:** Kennedy, Colleen S.
**Cc:** Clinton, Christopher
**Subject:** Re: Seeking an answer

I again have to set the records straight. The answers you provided below claiming that they were mine are a complete misrepresentation and alteration of responses that I provided during the interview. Every response was taken out of context. And here are the answers I provided which you opted to leave out because of your bias against me.

Example: In the area of Customer Service your interview response to how to work with an unhappy customer started with your comment that you work on second shift and you were not in the loop on what happens during the day shift. You also referenced that first shift knows more than second shift and it is hard to transfer knowledge. You shared the desire to be on second shift to avoid the politics. This shows a lack of effort on your part to drive teamwork and get engaged.

https://email.ohiohealth.com/owa/

Fw: Seeking an answer - Benzaoual, Zakaria

you would communicate. I'd like to see you engage in the opportunity to provide feedback in a constructive way that maintain relationships and trust.

This is when I questioned the gains of the red totes process and how it jeopardizes the quality of our service and the damages done to the team moral in order to save may be one FTE. Instead, I offered a strategy that puts the team first and make all front line staffers involved in positive way to boost the moral in a participative approach. The solution steps I described them as follow: firstly was to get the front line staff involved and participate by effectively communicate the change and goals of the change, secondly to perform time study to have an idea of what we are currently doing to determine our start point and set realistic goals, thirdly to hire couple actuarial students as interns and take advantage of our PeopleSoft data to make the adequate recommendations and solutions. Process improvement that involves staff members makes them feel valued and heard and motivate them for more projects to take on.

I explicitly shared my vision to build a strong team with a clear mission which is to deliver services in timely and cost effective manner that aligns with the mission of Ohiohealth of improving the health of the patients we serve. I elaborated more when I presented the two principles that I developed when I worked day shift.

What kind of relationship and trust can I developed and maintain with my department leadership that failed me. Back in February 2018 when I approached you offering my help when all our department indicators were plunging and signs of chaos were imminent. Rather, I got attacked, interrogated and suspended for 5 months and these ordeal all happened under your leadership.
What kind of trust should I have and I am being excluded for no reason from any career advancement or development? When I applied twice in the past 2010 and 2011 for management position, I got no consideration rather further marginalization and exclusion.
What kind of trust and faith should I have when I am unfairly treated while others are privileged and they can quiet their job and come back with management position guaranteed under your leadership.
What kind of trust should I build when divisiveness, unfairness and wrongdoings are widespread in our department and leadership promoting they vs we in stead of "WE".
You are right about one thing that I mentioned in the interview and that was the politics. The politics that can twist my answers and make it fit your agenda. These politics that I can not play are the reason I decided to get out of the day shift. Even when you came to deliver your answer, you did not take in consideration that I was busy and I had a call off that I had to cover the phone assignment furthermore, you showed no respect for my privacy and started the discussion in open area where my coworkers were right behind us listening to everything single word that was said. It did not stop there, you tried to put words on my mouth that I did not say such as "entitlement".

It is unfortunate that all of my hard work and dedication for the past 19 years and two months is leading to this direction. I am more determined than before to get answers. As I mentioned in our discussion last Monday, I will follow the proper channels seeking answers of all these discriminations and exclusions and restoring Ohiohealth values of equal opportunities for all no matter what race, color, faith... we come from.

7/31/2019

Fw: Seeking an answer - Benzaoual, Zakaria

Colleen Kennedy  |  *System Director Supply Chain Logistics*
OhioHealth  |  2601 Silver Drive  |  Columbus, Ohio  43211
Office: 614.788.0226   Cell: 614.580.9159
Email: colleen.kennedy@ohiohealth.com

**From:** Benzaoual, Zakaria <Zakaria.Benzaoual@ohiohealth.com>
**Sent:** Tuesday, January 22, 2019 12:45 AM
**To:** Kennedy, Colleen S. <Colleen.Kennedy@ohiohealth.com>
**Cc:** Clinton, Christopher <Christopher.Clinton@ohiohealth.com>
**Subject:** Seeking an answer

Greetings,
Again, I am reaching out to you in hopes that I get a straight forward answer for your decision to deprive me from the RMH supply and distribution manager position.  As agreed on at the end of the interview, you committed to give me a direct answer, yet in our conversation yesterday you failed to provide one.  And when I asked you if I am able to do the job, you replied: "yes, you can do it." however you do not feel that I have a vision. And just to set the record straight, these were your own words.  This shows the contradiction between your reasoning and your feelings in making business decisions.
Just to make my email short and concise, again I am asking for an answer: why?

Thank you for your time!

Re: HR Follow Up - Benzaoual, Zakaria

# Re: HR Follow Up

Benzaoual, Zakaria

Tue 3/19/2019 3:32 AM

To:Asim, Mariam <Mariam.Asim@ohiohealth.com>;

Cc:Solaiman, Shereen <Shereen.Solaiman@ohiohealth.com>; Cook, Sonya L <Sonya.Cook@ohiohealth.com>;

Hello,

First of all, let me share with you some of the remarks and facts that took place since 01/23/2019:
- In our department meeting, when Jason Rish was asked about the interviews -investigation- that were being conducted by HR, he tried to down played it and he called it as an Associate Opinion Survey alike thing.  He tried to undermine the investigation.
- Jason Rish also made statements using the same language that I used to describe the red totes process calling it disastrous. It is the same term I used during the interview for manager position with Colleen Kennedy.  The reason I am mentioning this is because she tried to use it against me simply because I called it out.
- HR interview questions and the verbiage used were vague and not in an easy simple and direct language that can be easily understood by our staff so they can give direct answers. However, this is not going to hide the truth of discrimination and racism in our department under Colleen Kennedy leadership.

Secondly, let's step back and see how has this been chronologically unfolding:
- On 1/21/2019, Colleen Kennedy stopped in to let me know that I was not selected for the manager position. Not respecting my privacy, she decided to discuss her decision in open space in front of my coworkers and she did not give an answer as she promised at the end of the interview.
- On 1/22/2019, I got an email from you asking to meet because Colleen had reached out to you after her discussion with me.
- On 1/23/2019, we met and agreed to schedule another meeting with Colleen Kennedy in your office to answer my question.
- On 1/30/2019, I emailed you my answers to the lies Colleen Kennedy responded with in order to sabotage me.
- On 2/5/2019, you responded that a case has been opened with HR Advice and Counsel Center.
- On 2/20/2019, Missy from HR forced me to go to Associate Counseling session and she scheduled an appointment for me on 3/26/2019 with 2 more to be scheduled.
- On 2/24/2019 Colleen Kennedy called me and emailed me to let me know about a meeting with her and Chris Clinton on 2/25/2019.  A meeting that I attended and She admitted explicitly and tacitly her lies about the interview by referring to my examples and learning experiences from the interview that they were good examples.  She tried to come up with another version of lies stating that my follow up answers were not adequate.  I questioned her integrity because she lied first place about me not providing learning experiences and examples.  And I then expressed my dissatisfaction about her new

Touch Base - Benzaoual, Zakaria

# Touch Base

### Asim, Mariam

Tue 1/22/2019 12:39 PM

To:Benzaoual, Zakaria <Zakaria.Benzaoual@ohiohealth.com>;

Hello Zak ,

I hope you are doing well. Zak, I support Supply Chain at Riverside. Colleen had reached out to me regarding the conversation pertaining to the Mgr. position. I was hoping if we can meet in person. Kindly let me know a good time/day that would work best for you and I would be happy to send a meeting invite.

Thanks, Mariam
**Mariam Asim, *Sr.Consultant, HR Business Partner***
OhioHealth – Riverside Methodist Hospital
Office: 614-566-4309

 OhioHealth
BELIEVE IN WE

7/31/2019

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: **Zakaria Benzaoual**
**3088 Bethel Road**
**Columbus, OH 43220**

From: **Cleveland Field Office**
**EEOC, AJC Fed Bldg**
**1240 E 9th St, Ste 3001**
**Cleveland, OH 44199**

☐ On behalf of person(s) aggrieved whose identity is
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **532-2019-01166** | **Benjamin Arnold,** Investigator | **(216) 522-2420** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

Cheryl J. Mabry,
Director

MAY 0 6 2019
*(Date Mailed)*

Enclosures(s)

cc: **Tara Aschenbrand**
**Attorney**
**OHIOHEALTH CORP.**
**180 East Broad St.**
**34st Floor**
**Columbus, OH 43215**

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS    --    **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS    --    **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION    --    **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*